

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2023
```

September 11, 2023

**VIA ECF**
Hon. Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

      Re:   *Derrick Mullins v. Sweet Chick Flatbush LLC, et al.*,
            1:23-cv-05900-PAE-KHP

Honorable Judge Engelmayer:

    We represent Defendant Sweet Chick Flatbush LLC ("Defendant") in the above-referenced matter. We write pursuant to Rules 1.A and 1.E Your Honor's Individual Rules & Practices in Civil Cases to request that the initial conference currently scheduled for September 27, 2023, be adjourned to November 30, 2023.

    Defendant makes this request to provide the parties sufficient and additional time to conduct an informal exchange of information in aid of settlement. This firm is also currently in communication with the other named defendants to determine whether this firm will be retained on a joint representational basis. This is Defendant's first request for an adjournment of the initial conference. An adjournment will not affect any other deadlines before this Court.

    Plaintiff has no objection to Defendant's request.

    We appreciate the Court's time with respect to this matter and are available at the Court's convenience if any additional information is needed.

                                     Respectfully submitted,
                                     /s/ *Hamutal G. Lieberman*
                                   Hamutal G. Lieberman, Esq.

---

The Initial Case Management previously scheduled before the Undersigned on September 27, 2023 is adjourned to **Thursday, December 7, 2023 at 2:00 p.m.** Because the Undersigned is referred for general pretrial management, the parties are reminded that they should address correspondence regarding all pre-trial matters, including scheduling, discovery, non-dispositive pre-trial motions, and settlement to me.

Additionally, the parties shall confer regarding whether they would like a referral to the Court-annexed mediation program. In the event the parties would like a referral to the program, they shall file a letter addressed to the Undersigned requesting a referral. The parties may request a referral to the mediation program at any time.

SO ORDERED:
*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE  9/12/2023

40 Fulton Street, 28th Floor, New York, New York 10038 | 212.219.1193