USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DERRICK MULLINS,

                              Plaintiff,

        -against-

SWEET CHICK FLATBUSH LLC, THOR 339
FLATBUSH AVENUE, LLC AND TISSA
MANAGEMENT LLC

                              Defendants.
-----------------------------------------------------------------X

**23-CV-5900 (PAE) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on December 5, 2023 (ECF No. 29), the Initial Case Management Conference currently scheduled for **December 7, 2023 at 2:00 p.m.** is **adjourned** *sine die*.

                **SO ORDERED.**

DATED:       New York, New York
                 December 6, 2023

                                                                 _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge